JS - 6

E-FILED 06/25/2012

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNSON CONTROLS INC. ) <br> ) <br> Plaintiff, ) <br> ) CASE NO. CV 10-3145 GHK (MANx) <br> vs. ) <br> ) <br> EUGENE RIBEIRO, et al ) **ORDER OF DISMISSAL** <br> ) <br> Defendants. ) <br> _____) | |

The Court having been advised by counsel for the parties that the above-entitled action has been settled,

**IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown within **FORTY-FIVE (45) DAYS**, to reopen the action if settlement is not consummated.

Dated: 6/25/12

GEORGE H. KING
United States District Judge