JS - 6

E-FILED 06/25/2012

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHNSON CONTROLS INC. | ) ) ) | |
| Plaintiff, | ) ) | CASE NO. CV 10-3145 GHK (MANx) |
| vs. | ) ) | |
| EUGENE RIBEIRO, et al | ) ) | **ORDER OF DISMISSAL** |
| Defendants. | ) ) | |

The Court having been advised by counsel for the parties that the above-entitled action has been settled,

**IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown within **FORTY-FIVE (45) DAYS**, to reopen the action if settlement is not consummated.

Dated: 6/25/12

GEORGE H. KING
United States District Judge